```
                                    FILED
                                  MAR 18 2008
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR793-BEN |
| Plaintiff, ) | <u>I N F O R M A T I O N</u> |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) – Transportation of Illegal Aliens and Aiding and Abetting |
| APOLONIO LOZANO-SANCHEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about February 27, 2008, within the Southern District of California, defendant APOLONIO LOZANO-SANCHEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alfonso Villareal-Mora, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: <u>March 18, 2008</u>.

KAREN P. HEWITT
United States Attorney

*/s/ John Weis*

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
3/18/08