AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Apolonio Lozano-Sanchez   CASE NUMBER: 08CR793-BEN

I, _Apolonio Lozano Sanchez_, the above named defendant, who is accused of

8 USC Sec 1324
Transportation of aliens

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3/18/08___ prosecution by indictment and consent that the pro-
_Date_
ceeding may be by information rather than by indictment.

**FILED**
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X _____
_Defendant_

_____
_Counsel for Defendant_

Before _____
_Judicial Officer_