1 | JAMES MATTHEW BROWN, APLC (Bar No.: 98922)
Attorney at Law
2 | 2044 First Avenue, Suite 200
San Diego, California 92101
3 | (619) 238-0815

4

Attorney For Defendant Apolonio Lozano-Sanchez

5

6

7

8 |                    UNITED STATES DISTRICT COURT

9 |                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          )  Crim. Case No. 08CR0793-BEN
                                       )
12 |                                   )  STIPULATION  FOR  CONTINUANCE
                    Plaintiff,         )  OF  HEARING  DATE  TO  CHANGE
13 |                                   )  PLEA AND ORDER THEREON
     v.                                )
14 |                                   )
     Apolonio Lozano-Sanchez,          )
15 |                                   )
                    Defendant.         )
16 |                                   )
     _____   )
17

18 |      COMES  NOW,  United  States  of  America,  by  and  through  its

19 | attorney of record, Assistant U.S. Attorney, Douglas Keehn, Esq.,

20 | and Apolonio Lozano-Sanchez, by and through his attorney of record,

21 | James Matthew Brown, APLC and hereby stipulate as follows:

22 |      The above matter is scheduled for a change of plea hearing

23 | before the Honorable Peter C. Lewis, United States Magistrate Judge,

24 | on April 1, 2008 at 1:30 p.m.

25 |      The  parties  stipulate  and  request  the  above  matter  be  re-

26 | scheduled for the following reasons:

27 |      1) Counsel for the defendant is out of the District from April

28 | 16, 2008 through April 20, 2008.

1      2) In addition thereto, counsel for the defendant will be
2  appearing before Judge Lewis on April 22, 2008 on a different case
3  and the convenience of handling both matters will be most beneficial
4  to all parties.

5      3) And most importantly, the parties have engaged in further
6  plea negotiations. Counsel for the government, AUSA Keehn and the
7  defendant have agreed the new offer is in good faith and will be
8  recommended to Mr. Lozano. There is insufficient time to exchange
9  the new plea agreement and have it presented to Mr. Lozano unless
10  the matter is so continued.

11      Based on the aforementioned both parties agree to continue the
12  above matter to April 22, 2008 at 1:30 p.m. before the Honorable
13  / / / / /
14  / / / / /
15  / / / / /
16  / / / / /
17  / / / / /
18  / / / / /
19  / / / / /
20  / / / / /
21  / / / / /
22  / / / / /
23  / / / / /
24  / / / / /
25  / / / / /
26  / / / / /
27  / / / / /
28

1 | Magistrate Judge Peter C. Lewis.

2 | IT IS SO STIPULATED.

3 | DATED: 3/31/08.          LAW OFFICES OF JAMES MATTHEW BROWN, APLC

4 |

5 |                         By:  S/James Matthew Brown
                                 James Matthew Brown
6 |                              Attorney for Defendant

7 | DATED:3/31/08            UNITED STATES ATTORNEY'S OFFICE

8 |

9 |                         By:  S/ Douglas Keehn
                                 AUSA Douglas Keehn
10 |                             Attorney for Plaintiff

**ORDER**

11 |       The Court having considered the Stipulation for Continuance of

12 | Defendant Apolonio Lozano-Sanchez' hearing date for his change of

13 | plea and good cause appearing therefore the date for the change of

14 | plea is continued to _____ , 2008 at 1:30 p.m.

15 | DATED: _____.

16 |

17 |

18 |                              _____.
                                 HONORABLE PETER C. LEWIS
                                 United States District Court
19 |                             Magistrate Judge

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |
                                   3