Case Name: United States of America vs. Apolonio Lozano-Sanchez
Venue:   United States of District Court, Southern District of California
Case No. 08CR0793 -BEN

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the county of San Diego, State of California. I am over the age of 18 years, not a party to the within action. My business address is 2044 First Avenue, Ste., 200, San Diego, California 92101.

On March 31, 2008, I served the following documents described as:

**Stipulation for Continuance of Hearing Date to Change Plea and Order Thereon**

on all interested parties in this action by placing (X) a true copy [ ] the original thereof enclosed in sealed envelopes address as following:

Karen Hewitt & her representative
United States Attorney                              Efile.dkt.gc2@usdoj.gov
Office of the United States Attorney     FAX (619) 235-2757
880 Front Street, Room 6293
San Diego, CA  92101

- **U S Attorney CR**
  Efile.dkt.gc2@usdoj.gov

[X] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X] (BY MAIL, 1013A, 2015.5 C.C.P.)

[X] I deposited each such envelope in the mail at San Diego, California. The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 31, 2008, at San Diego, California.

s/James Matthew Brown__
James Matthew Brown
Attorney for Defendant